RDERED in the Southern District of Florida on _May 29, 2009_



_____

Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

|  |  |
|---|---|
| In re: | CASE NO.  08-11561-BKC-RAM |
|  | CHAPTER  11 |
| VIEW WEST CONDOMINIUM ASSOCIATION, INC., |  |
| Debtor. |  |

## ORDER TO SHOW CAUSE
## WHY CASE SHOULD NOT BE DISMISSED

At a hearing on May 26, 2009, the court questioned whether this case should continue in Chapter 11.  The Debtor's primary creditor, Z-Roofing, Inc., has an Agreed Final Judgment in the state court liquidating its claim and the Debtor has passed and imposed an assessment on the unit owners to pay this claim. Moreover, Z-Roofing has stay relief to proceed against the unit owners.

There does not appear to be any purpose for filing a Chapter

11 plan nor any reason for the Debtor to stay in Chapter 11 other than Debtor's counsel's suggestion that this Court would be a more expeditious forum for litigating claims against third parties. That reason is insufficient if the litigation solely involves state law issues. Therefore, it is -

**ORDERED** as follows:

1.   The Court will conduct a hearing on <u>June 23, 2009</u>, at <u>11:00 a.m.</u>, at the U.S. Bankruptcy Court, 51 S.W. First Avenue, Courtroom 1406, Miami, Florida 33130. Debtor's counsel shall appear together with a representative of the Debtor and show cause why this case should not be dismissed.

2.   Although titled a show cause order, the Court is not implying any wrongdoing by the Debtor or its counsel. This Order is being entered simply because there does not appear to be any sound reason for the Debtor to remain in Chapter 11 and to incur the fees and costs associated with preparing and confirming a Chapter 11 Plan.

### 

COPIES TO:

Douglas J. Snyder, Esq.
Carla Barrow, Esq.

2